ISIDOR SCHOEN and HANI SCHOEN, Respondents, v. MAURICE SCHNECK and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

LACKAWANNA MORTGAGE COMPANY, Appellant, v. ARAS REALTY CORPORATION and Others, Defendants. JAMES J. DOOLING, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

GRACE URSULA HARLEM, Respondent, v. LEWIS W. HARLEM, Appellant.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

JOSEPH GLUCK, Appellant, v. DETROIT FIDELITY AND SURETY COMPANY, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

LEON LAZAR, Appellant, v. BERTHA MAE LAZAR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

CONLEW, INC., Respondent, v. HERMAN GABBE, Appellant.— Order affirmed, with ten dollars costs and disbursements. The verified bill of particulars to be served within ten days from service of order. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

JULIUS BERNSTEIN and ABE BERNSTEIN, Trading under the Trade Name of BERNSTEIN BROTHERS, Respondents, v. THOMAS MULLIGAN CONSTRUCTION COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, Sherman and Townley, JJ.

ROBERT P. SWEENY v. CARRIER ENGINEERING CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NEW YORK SOCIETY FOR THE SUPPRESSION OF VICE v. MACFADDEN PUBLICATIONS, INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of EDNA L. HOFFMAN for an Order Directing JOSEPH A. BRODERICK, Superintendent of Banks, to Permit Said EDNA L. HOFFMAN to Inspect the Stock Book of THE BANK OF UNITED STATES Containing the Names of All Stockholders, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ

In the Matter of the Application of WILLIAM H. STERNBERG for a Peremptory Mandamus Order against JOSEPH A. BRODERICK, Superintendent of Banks of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.